AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Jason Crews | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00971 |
| The 85 Fund, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, The 85 Fund and Todd Graves.

Date: 06/30/2023

s/Brennan Bowen
*Attorney's signature*

Brennan Bowen (AZ SBN 36639)
*Printed name and bar number*

2575 E. Camelback Road
Suite 860
Phoenix, AZ 85016
*Address*

bbowen@holtzmanvogel.com
*E-mail address*

(602) 388-1262
*Telephone number*

*FAX number*