Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>             Plaintiff,<br><br>vs.<br><br>The 85 Fund, *et al.*<br><br>             Defendant | Case No.: CV23-00971-PHX-JJT<br><br>NOTICE OF DISMISAL |

With Defendants the 85 Fund, The Honest Elections Project, and Todd Graves neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action without predjudice, with each party to bear it's own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Dated this July 22, 2023.

                                                                                              /s/*Jason Crews*
                                                                                              Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were served via email this same date upon:
Dallin Holt
dholt@holtzmanvogel.com


By:             /s/*Jason Crews*

            Jason Crews